**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ANTHONY B. WILLIAMSON**                                                                                           **PLAINTIFF**
**ADC #109343**

v.                                            Case No. 4:20-cv-01077-KGB

**PAYNE,** *et al.*                                                                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Anthony B. Williamson's second amended complaint is dismissed (Dkt. No. 9). The Court dismisses with prejudice Mr. Williamson's claims for money damages against the defendants in their official capacities (*Id.*). The Court dismisses all other claims without prejudice and denies the requested relief (*Id.*).

It is so adjudged this 28th day of February, 2022.

_____
Kristine G. Baker
United States District Judge